UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LOUIE GOMEZ, | No. C-14-1337 EMC (pr) |
|     Petitioner, | |
| v. | **ORDER** |
| STUART SHERMAN, Warden, | |
|     Respondent. | |

Respondent's request for an extension of time to file an answer is DENIED because it is not supported by a declaration from counsel. Docket # 15. *See* Local Rule 6-3(a). Three days before Respondent filed the request, the Court issued an order – albeit in a different case, *Gonzales v. Gipson*, No. C 13-964 EMC – informing the same Deputy Attorney General who represents Respondent in this action that a declaration she submitted in support of a request for an extension of time was not in proper form, and urging her to read 28 U.S.C. § 1746 to be sure that her declarations comport with it in the future. The denial of the request for an extension of time is without prejudice to respondent submitted a new request with a declaration in proper form.

Petitioner's motion to grant the writ due to respondent's failure to file an answer by the deadline is DENIED. Docket # 16. *See generally Gordon v. Duran*, 895 F.2d 610, 612 (9th Cir. 1990) ("failure to respond to claims raised in a petition for habeas corpus does not entitle the petitioner to a default judgment"); *Bermudez v. Reid*, 733 F.2d 18, 21 (2d Cir. 1984) ("were district courts to enter default judgments without reaching the merits of the claim, it would be not the defaulting party but the public at large that would be made to suffer, by bearing either the risk of

releasing prisoners that in all likelihood were duly convicted, or the costly process of retrying them").

IT IS SO ORDERED.

Dated: January 15, 2015

_____
EDWARD M. CHEN
United States District Judge